**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CMH HOMES, INC. and SOUTHERN
ENERGY HOMES, INC.**                                                                                  **PLAINTIFFS**

**v.**                                            **CIVIL ACTION NO. 2:17-CV-77-KS-MTP**

**RICHARD DOUGLAS PYKE and
CHRISTINE**                                                                                  **DEFENDANTS**

## **ORDER**

On August 14, 2017, Defendants ("Movant") filed their Motion to Dismiss for Lack of Subject Matter Jurisdiction [7]. Plaintiffs ("Respondents") have until on or before **August 28, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttal, they may do so on or before **September 5, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __17th__ day of August, 2017.

                                                                 ___s/Keith Starrett_____
                                                                 KEITH STARRETT
                                                                 UNITED STATES DISTRICT JUDGE